IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PANHANDLE MAINTENANCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3BEAR DELAWARE OPERATING-NM, LLC<br><br>    Defendant. | Civil Action No. 2:21-CV-00312-SMV-KRS |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

**THIS CAUSE** having come before the Court on the Unopposed Motion to Withdraw ("Motion"), and the Court having reviewed the file, considered the Motion, and being fully advised of the premises, hereby GRANTS the Motion.

**THEREFORE, IT IS ORDERED** that Stephen Domas is hereby withdrawn as counsel of record for 3 Bear Delaware Operating-NM, LLC.

              _____
              UNITED STATES MAGISTRATE JUDGE

*Prepared by:*

*/s/ Stephen Domas*
Stephen Domas, N.M. Fed. Bar #13-37
Jobediah Rittenhouse, NM Bar #153212
Tyler L. Weidlich, CO Bar #51706
(*pro hac vice pending*)
BEATTY & WOZNIAK, P.C.
500 Don Gaspar Ave
Santa Fe, NM 87505-2626
Telephone: (505) 983-4328

Facsimile: (505) 983-8547
Email: sdomas@bwenergylaw.com
tweidlich@bwenergylaw.com

*Attorney for Defendant 3Bear
Delaware Operating-NM, LLC*


*Stipulated to:*


<u>Via e-mail on July 1, 2021</u>
Sean R. Calvert
Calvert Menicucci, P.C.
8804 Washington St., NE, Suite E
Albuquerque, NM 87113
Telephone: (505) 247-9100
Facsimile: (505) 247-9761
E-mail: scalvert@hardhatlaw.net

*Attorney for Panhandle Maintenance, LLC*